FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE BUNTING,<br><br>    Plaintiff,<br><br>    v.<br><br>MCCATHREN MANAGEMENT & REAL ESTATE SERVICES, INC., a Washington corporation; COLUMBIA DEBT RECOVERY LLC, a Washington limited liability company d/b/a GENESIS CREDIT MANAGEMENT; EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and TRANS UNION LLC, a Delaware limited liability company,<br><br>    Defendants. | No. 2:23-CV-00092-SAB<br><br>**ORDER DISMISSING DEFENDANT MCCATHREN MANAGEMENT & REAL ESTATE SERVICES, INC.** |

Before the Court is Plaintiff's and Defendant McCathren Management & Real Estate Services, Inc.'s Stipulated Motion and [Proposed] Order to Dismiss Defendant McCathren. ECF No. 54. Plaintiff Leslie Bunting is represented by

**ORDER DISMISSING DEFENDANT MCCATHREN MANAGEMENT & REAL ESTATE SERVICES, INC.** *1

Robert Mitchell. Defendant McCathren Management & Real Estate Services, Inc. is represented by Jeffrey Bilanko, Nidal Dirini, Shawn Butler, and Susan Kaplan. The motion was considered without oral argument.

The parties gave notice they reached a settlement of all claims between Plaintiff and Defendant McCathren and seek dismissal of McCathren with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's and Defendant McCathren Management & Real Estate Services, Inc.'s Stipulated Motion and [Proposed] Order to Dismiss Defendant McCathren, ECF No. 54, is **GRANTED**.

2. Defendant McCathren is **DISMISSED with prejudice**, with each side bearing their own costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to **TERMINATE** Defendant McCathren, file this Order, and provide copies to counsel.

**DATED** this 20th day of December 2023.



Stanley A. Bastian
Chief United States District Judge

ORDER DISMISSING DEFENDANT MCCATHREN MANAGEMENT & REAL ESTATE SERVICES, INC. *2