FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE BUNTING,<br><br>    Plaintiff,<br><br>    v.<br><br>COLUMBIA DEBT RECOVERY LLC, a Washington limited liability company d/b/a GENESIS CREDIT MANAGEMENT; EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and TRANS UNION LLC, a Delaware limited liability company,<br><br>    Defendants. | No. 2:23-CV-00092-SAB<br><br>**ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Before the Court is Plaintiff's and Defendant Experian Information Solutions, Inc.'s Stipulated Motion to Dismiss Defendant Experian Information Solutions, Inc. ECF No. 58. Plaintiff is represented by Robert Mitchell. Defendant

**ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** *1

Experian Information Solutions, Inc. is represented by Angela Taylor, Sara Wadsworth, and Rachel Groshong. The motion was considered without oral argument.

Plaintiff and Defendant Experian inform the Court they have resolved their claims. Pursuant to Fed. R. Civ. P. 41, they request the Court dismiss Experian with prejudice and with each bearing their own costs and attorneys fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's and Defendant Experian Information Solutions, Inc.'s Stipulated Motion to Dismiss Defendant Experian Information Solutions, Inc., ECF No. 58, is **GRANTED**.

2. Defendant Experian is **dismissed with prejudice** and shall bear their own costs and attorneys fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **terminate** Defendant Experian.

**DATED** this 29th day of January 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** *2