FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE BUNTING, <br><br> Plaintiff, <br><br> v. <br><br> COLUMBIA DEBT RECOVERY LLC, a Washington limited liability company d/b/a GENESIS CREDIT MANAGEMENT; EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and TRANS UNION LLC, a Delaware limited liability company, <br><br> Defendants. | No. 2:23-CV-00092-SAB <br><br> **ORDER GRANTING STIPULATED MOTIONS TO DISMISS WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANTS TRANS UNION LLC AND EQUIFAX** <br><br><br> ECF Nos. 61, 62 |

Before the Court are the parties' stipulated Motions to Dismiss Defendant

Trans Union LLC, ECF No. 61, and Defendant Equifax Information Services,

LLC, ECF No. 62, with prejudice and without fees and costs.

Accordingly, **IT IS HEREBY ORDERED**:

**ORDER- 1**

1.       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties' Stipulated Motions to Dismiss Defendant Trans Union LLC with prejudice and without costs or fees, **ECF No. 61**, and Defendant Equifax Information Services, LLC with prejudice and without costs or fees, **ECF No. 62**, are **GRANTED**.

2.       Defendants Trans Union LLC and Equifax Information Services, LLC and all claims against them in the Complaint are **DISMISSED with prejudice**, with Plaintiff and these Defendants each bearing their own costs and attorney's fees.

3. The only remaining Defendant is Columbia Debt Recovery LLC.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 17th day of April 2024.

Stanley A. Bastian
Chief United States District Judge

**ORDER- 2**