FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE BUNTING,<br><br>    Plaintiff,<br><br>    v.<br><br>COLUMBIA DEBT RECOVERY LLC, a Washington limited liability company d/b/a GENESIS CREDIT MANAGEMENT,<br><br>    Defendant. | No. 2:23-CV-00092-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is Plaintiff's Motion to Dismiss, ECF No. 67. Plaintiff is represented by Robert Mitchell. Defendant Columbia Debt Recovery is represented by David Kaminski, Mark Case, and Michael Lavigne. The motion was considered without oral argument.

    Due to a settlement agreement, Plaintiff requests the Court dismiss the case with prejudice and without any award of attorney's fees or costs to either party. The Court **grants** the motion.

//

//

//

//

//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss, ECF No. 67, is **GRANTED**.
2. The above-captioned case is **DISMISSED with prejudice** and without an award of fees or costs to either party.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 29th day of July 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2